UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/12/2020__

---

ADVANCE TRUST & LIFE ESCROW
SERVICES, LTA AS NOMINEE OF LIFE
PARTNERS POSITION HOLDER TRUST,
and JAMES KENNEY, on behalf of
themselves and all others similarly situated,

Plaintiffs,

-v-

PHL VARIABLE LIFE INSURANCE
COMPANY,

Defendant.

No. 18-cv-3444 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

IT IS HEREBY ORDERED that, on November 23, 2020 at 2:30 PM, the parties shall

appear for a conference regarding Plaintiffs' motion to compel Milliman, Inc. to produce

documents, the motions to seal documents filed in connection with the motion to compel, and the

joint motion to extend the discovery deadlines in this case [ECF #158, 159, 166, 169, 170]. The

conference will be held by telephone. To join, dial 888-278-0296 at the scheduled time. When

prompted, enter Access Code 5195844.

**SO ORDERED.**

**Date:   November 12, 2020**          **MARY KAY VYSKOCIL**
**New York, NY**                          **United States District Judge**

1