UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2022
```

ADVANCE TRUST & LIFE ESCROW SERVICES, LTA AS NOMINEE OF LIFE PARTNERS POSITION HOLDER TRUST, and JAMES KENNEY, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-v-

PHL VARIABLE LIFE INSURANCE COMPANY,

        Defendant.

No. 18-cv-3444 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

In an Order dated November 23, 2020, the Court granted Plaintiffs' motion to compel production of certain documents and directed the parties to file on the public docket unredacted copies of all filings submitted in connection with the motion to compel [ECF No. 178]. The Court permitted Defendant to seek continued sealing of "a limited number of documents," instead of filing them on the public docket, and Defendant timely submitted two exhibits to Chambers via email. For the avoidance of doubt, Defendant's request to maintain those two exhibits under seal is GRANTED without prejudice to a later motion to unseal the exhibits at a future point in the litigation and without prejudice to disclosure if the documents are used as exhibits at any trial in this matter, which will, of course, be a matter of public record.

**SO ORDERED**

**Dated: June 29, 2022**
**New York, New York**

_____
**MARY KAY VYSKOCIL**
**UNITED STATES DISTRICT JUDGE**

1