# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHT HOLDING I LLC, and JAMES KENNEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHL VARIABLE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:18-cv-03444 (MKV) |

### NOTICE OF CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARD

**PLEASE TAKE NOTICE** that Class Counsel for Plaintiffs, on behalf of themselves and all others similarly situated, move this Court before the Honorable Mary K. Vyskocil for an order for attorneys' fees, reimbursement of litigation expenses, and a service award for Plaintiff James Kenney.

In support of the motion, Class Counsel will rely upon the accompanying memorandum of law, the declarations filed therewith, and other written or oral argument as may be requested or permitted by the Court.

Dated: October 9, 2023

SUSMAN GODFREY LLP

*/s/ Seth Ard*
Seth Ard
Ryan Kirkpatrick
Komal Patel
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel.: 212-336-8330

Fax: 212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com
kpatel@susmangodfrey.com

Steven G. Sklaver (*pro hac vice*)
Krysta Kauble Pachman (*pro hac vice*)
Michael Adamson
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
kpachman@susmangodfrey.com
madamson@susmangodfrey.com

*Interim Class Counsel*

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties through their counsel of record via the Court's CM/ECF system, on October 9, 2023.

*/s/ Michael Adamson*
Michael Adamson
