UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2023
```

PHT HOLDING I LLC ("PHT") & JAMES
KENNEY, *on behalf of themselves and all
others similarly situated*,

                     Plaintiffs,

     -v-

PHL VARIABLE LIFE INSURANCE
COMPANY, *et al.*,

                     Defendants.

1:18-cv-3444 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court intends to hold the December 19, 2023 fairness hearing remotely.  Any objection

to holding the hearing remotely must be filed on the docket on or before **5:00 PM on December**

**11, 2023**.

**SO ORDERED**

**Dated:  December 7, 2023**
**New York, New York**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1