**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| PHT HOLDING I LLC, and JAMES KENNEY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>PHL VARIABLE INSURANCE COMPANY,<br><br>                Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-03444 (MKV) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/18/2025_

## [PROPOSED] ORDER GRANTING MOTION FOR A THIRD DISTRIBUTION TO ELIGIBLE CLASS MEMBERS FROM THE NON-REVERSIONARY FUND

This matter having come before the Court on Plaintiffs' Unopposed Motion for Approval of a Third Distribution to Eligible Class Members from the Non-Reversionary Fund, and good cause appearing therefor,

IT IS HEREBY ORDERED, as follows:

1.      Plaintiffs' Motion is GRANTED.

2.      The Settlement Administrator shall conduct a third pro rata distribution of settlement funds to eligible class members who previously cashed the checks they received in the second pro rata distribution, and who would receive a settlement payment of at least $50.00 in the third distribution.

IT IS SO ORDERED.

Dated:   December 18, 2025

Mary K. Vyskocil
UNITED STATES DISTRICT JUDGE