**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/26

PHT HOLDING I LLC, and JAMES KENNEY, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PHL VARIABLE INSURANCE COMPANY,

Defendant.

Case No. 1:18-cv-03444 (MKV)

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR APPROVAL OF *CY PRES* DISTRIBUTION OF REMAINING UNCLAIMED SETTLEMENT FUNDS**

This matter having come before the Court on Plaintiffs' Motion for Approval of a *Cy Pres* Distribution of Remaining Unclaimed Settlement Funds, and good cause appearing therefor,

IT IS HEREBY ORDERED, as follows:

1. Plaintiffs' Motion is GRANTED.

2. The Settlement Administrator shall distribute remaining settlement funds, after paying outstanding settlement expenses and fund-closing expenses, to *cy pres* recipient, Life Insurance Settlement Association.

The Clerk of Court respectfully is requested to terminate ECF No. 310.

IT IS SO ORDERED.

Dated: Sept. 21, 2026

Mary Kay Vyskocil

Mary Kay Vyskocil
UNITED STATES DISTRICT JUDGE